**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00737-CV

————————————

## MARK SMITH, Appellant

## V.

## JAMES T. SIERRA, JOY WEBER, KIMBERLY REEDY, SIERRA COSMETIC AND FAMILY DENISTRY, P.C. D/B/A FRIENDSWOOD DENTAL GROUP, AND MICHAEL O'DONNELL, Appellees

---

On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Case No. 25-CV-1332

---

## MEMORANDUM OPINION

Appellant Mark Smith, pro se, appeals from the trial court's denial of his application for temporary injunction. Because the trial court rendered a final

judgment in the underlying case on December 22, 2025, we dismiss the appeal for lack of jurisdiction.

## DISCUSSION

Pursuant to Texas Rule of Appellate Procedure 42.3(a), on any party's motion or on its own initiative, this Court may dismiss an appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If a case becomes moot, the court must dismiss the case for want of jurisdiction. *See Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012).

An appellate court retains jurisdiction over the appeal of an interlocutory order granting or refusing a temporary injunction until a final judgment moots consideration of the appeal. *See Bienati v. Cloister Holdings, LLC*, 691 S.W.3d 493, 497 (Tex. 2024); *see also Isuani v. Manske–Sheffield Radiology Grp., P.A.*, 802 S.W.2d 235, 236 (Tex. 1991). If the trial court renders and signs a final judgment in the case while an appeal of its temporary injunction order is pending, the case on appeal becomes moot. *Isuani*, 802 S.W.3d at 236. "When a case becomes moot on appeal, all previous orders pertaining to the temporary injunction are set aside by the appellate court and the case is dismissed." *Id.*

The trial court entered final judgment in the underlying case on December 22, 2025. The trial court's final judgment renders this interlocutory appeal from its September 11, 2025 order denying Appellant's temporary injunction moot. *See id.*

2

We thus vacate the trial court's order denying the temporary injunction and dismiss this appeal as moot. *See* TEX. R. APP. P. 43.2(e); *Isuani*, 802 S.W.2d at 236; *Taj v. Highlander Cmty. Servs. & Inv., LLC*, No. 05-19-00369-CV, 2019 WL 4033946, at *1 (Tex. App.—Dallas Aug. 27, 2019, no pet.) (mem. op.) (setting aside trial court's order denying request for temporary injunction and dismissing appeal because trial court had signed final judgment and nothing indicated appeal was not moot). We dismiss any other pending motions as moot.

### Conclusion

We vacate the trial court's order denying the temporary injunction and dismiss this appeal as moot.

Veronica Rivas-Molloy
Justice

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.